UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-CV-01387-JHN-SSx | Date | June 9, 2010 |
|---|---|---|---|
| Title | Pamma Tahan v. Career Education Corporation et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE REMAND   (In Chambers)

On February 24, 2010, Defendants removed this action to federal court on the basis of diversity jurisdiction.  Under 28 U.S.C. § 1332, the Court has removal jurisdiction over civil actions where there is complete diversity of citizenship.  *Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1067 (9th Cir. 2001).

The Notice of Removal indicates that Plaintiff is a citizen of California and that Defendant Career Education Corporation ("CEC") is a Delaware corporation with its principal place of business in Illinois. (Notice of Removal ¶ 5.)  However, in the Complaint, Plaintiff asserts that CEC is a California corporation. (Compl. ¶ 4.)  As such, it is unclear whether complete diversity exists.

**The parties are ORDERED TO SHOW CAUSE, in writing, as to why this case should not be dismissed for lack of jurisdiction by no later than June 16, 2010 at noon.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |